UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHNNY BLANDING,

                Plaintiff,

-against-

K. MONTANEZ, Brooklyn I Area Office; WASHINGTON SQUARE,

                Defendants.

1:19-CV-9125 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 4, 2020, dismissing this action for failure to state a claim on which relief may be granted,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 4, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge